NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAI STRATEGIC HOLDINGS, INC., R.J. REYNOLDS VAPOR COMPANY, R.J. REYNOLDS TOBACCO COMPANY, RAI SERVICES CO.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**BREEZE SMOKE, LLC, ZHUHAI QISITECH CO., LTD., GUANGDONG QISITECH CO., LTD., GUANGDONG FUWO INTELLIGENT MANUFACTURING CO., LTD., GUANGDONG CELLULAR WORKSHOP ELECTRONICS TECHNOLOGY CO., LTD., MADURO DISTRIBUTORS, INC., dba The Loon, THESY, LLC, dba Element Vape, SV3 LLC, dba Mi-One Brands, SHENZHEN PINGRAY TECHNOLOGY CO., LTD., SHENZHEN YANYANG TECHNOLOGY CO., LTD., SHENZHEN IVPS TECHNOLOGY CO., LTD., SHENZHEN HAN TECHNOLOGY CO., LTD., AMERICAN VAPE COMPANY, LLC, SHENZHEN KANGVAPE TECHNOLOGY CO., LTD.,**
*Intervenors*

---

2026-1518

_____

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1410.

_____

# O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

July 1, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 1, 2026